UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISMAEL RODRIGUEZ NUNEZ,<br><br>                            Petitioner,<br><br>         -against-<br><br>PAUL ARTETA, et al.,<br><br>                            Respondents. | 25-cv-9225 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Respondents are ordered not to transfer petitioner from this judicial district without advance approval of the Court.

    Petitioner is directed to serve a copy of this order on defendants or their representatives.

    SO ORDERED.

Dated: November 6, 2025
       New York, New York

                                                  _____
                                                          ARUN SUBRAMANIAN
                                                       United States District Judge