UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ismael Rodriguez Nunez,<br><br>                          Petitioner,<br><br>        -against-<br><br>Paul Arteta, et al.,<br><br>                          Respondents. | 25-cv-9225 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Petitioner seeks order to show cause seeking expedited review of his petition and an order preventing his removal from either the Southern District of New York or Eastern District of New York. Dkt. 4. (The Court previously issued an order precluding petitioner's removal from this district without judicial removal, Dkt. 5, but apparently the petitioner has, after the filing of the petition, been moved to the Eastern District.) Petitioner's request is granted as follows:

  1. The petitioner must not be removed from either the Southern District of New York or Eastern District of New York without this Court's approval.

  2. Respondents should respond to petitioner's habeas corpus petition by Monday, November 10, 2025 at 5 pm.

  SO ORDERED.

Dated: November 6, 2025
       New York, New York

                                                          _____
                                                          ARUN SUBRAMANIAN
                                                          United States District Judge