UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ismael Rodriguez Nunez,<br><br>                    Petitioner,<br><br>          -against-<br><br>Paul Arteta, et al.,<br><br>                    Respondents. | 25-cv-9225 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Respondents are directed to respond by Friday November 14 at 2 p.m. to the details of the vacatur provided in petitioner's reply and the attached exhibit, Dkts. 9 and 9-1, and whether that changes respondents' position on the impact of the vacated conviction in this case. If not, respondents should explain why not, citing the best authority they have.

    SO ORDERED.

Dated: November 12, 2025
       New York, New York

                                                           ARUN SUBRAMANIAN
                                                           United States District Judge