UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ismael Rodriguez Nunez,<br><br>                              Petitioner,<br><br>         -against-<br><br>Paul Arteta et al.,<br><br>                              Respondents. | 25-cv-9225 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   The parties are ordered to appear for a hearing on the petition at 4:30 p.m. on Wednesday, November 19 in Courtroom 15A of the 500 Pearl Street courthouse.

   The parties should prepare to address whether, following the vacatur of his state conviction, petitioner "has committed an offense identified in section 1182(a)(2)" of Title 8 of the United States Code and therefore qualifies as "seeking an admission into the United States" despite his prior admission as a permanent resident. 8 U.S.C. § 1101(a)(13)(C)(v); *see also* 8 U.S.C. § 1225(b)(2)(A) (authorizing detention only for "an alien seeking admission").

   SO ORDERED.

Dated: November 14, 2025
      New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge