

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 17, 2025

**BY ECF**
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

                Re: Rodriguez Nunez v. Arteta, et al., No. 25-cv-9225 (AS)

Dear Judge Subramanian:

      This Office represents the respondents (the "Government") in the above-referenced matter. I write respectfully to request that the conference scheduled for Wednesday, November 19, 2025, at 4:30 p.m. (ECF No. 12), be rescheduled to a date as soon thereafter as possible that is convenient to the Court. I have an immovable conflict in the afternoon on November 19, but I have conferred with counsel for Petitioner and we are both available anytime on Thursday, November 20, and on Friday, November 21, after 2:30 p.m.

      I thank the Court for its consideration of this request.

                                          Very truly yours,

                                          JAY CLAYTON
                                          United States Attorney

                              By: /s/ Christine S. Poscablo
                                   CHRISTINE S. POSCABLO
                                   Assistant United States Attorney
                                   (212) 637-2674

cc: Michael Goldman (by ECF)

The hearing scheduled for Wednesday, November 19 is rescheduled to Thursday, November 20 at 2:30 p.m. in Courtroom 15A.
SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 17, 2025