UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ismael Rodriguez Nunez,<br><br>                              Petitioner,<br><br>     -against-<br><br>Paul Arteta et al.,<br><br>                              Respondents. | 25-cv-9225 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

     For the reasons stated on the record at today's hearing, the court GRANTS the petition for a writ of habeas corpus. Respondents are ordered to release petitioner from custody no later than 5 p.m. tomorrow, November 21.

  Respondents' counsel is ordered to docket a letter confirming petitioner's release no later than 5 p.m. tomorrow, November 21.

     SO ORDERED.

Dated: November 20, 2025
       New York, New York

                                             ARUN SUBRAMANIAN
                                             United States District Judge